### BLANCHARD & AL. vs. TERNANT.

APPEAL from the court of the fourth district.

MARTIN, J., delivered the opinion of the court. The plaintiffs claim a tract of land in the parish of West Baton Rouge, in the possession of the defendant; she pleaded several pleas, and afterwards, with leave, pleaded the want of jurisdiction of the court which sat in Pointe Coupée, her residence.

Suit for land may be brought at the domicil of the possessor.

The plea to the jurisdiction was sustained, and the plaintiffs appealed.

We think the court erred. The defendant was properly sued in her own parish. *Marigny* vs. *Hunt*; *Skipwith & al.* vs. *Gray*; Vol. 3, 651, 655.

It is therefore ordered, adjudged, and decreed that the judgment be annulled, avoided, and reversed, the plea to the jurisdiction overruled, and the case remanded for further proceedings, and that the defendant and appellee pay costs in this court.

East'n District,
*January*, 1826.

BLANCHARD
& AL.
*vs.*
TERNANT.

*Hiriart* for the plaintiffs; *Preston* for the defendant.